PAULEY, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DHARMVIR GEHLAUT,

    Plaintiff,

    - against --

NEWS INDIA (U.S.A.), INC., NEWS INDIA
MEDIA LTD., PRAKASH PAREKH,
GOPAL RAJU, and VEENA MERCHANT,

    Defendants.
------------------------------------------------------------x

05 CV 9306 (WHP)
ECF Case



## STIPULATION OF DISMISSAL

WHEREAS, the parties having fully settled this matter, Plaintiff and Defendants News India (U.S.A), Inc. News India Media, Ltd., Prakash Parekh, Gopal Raju, and Veena Merchant, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the complaint and this action be and are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees, except as otherwise provided in the agreement reached by Parties.

Dated: New York, New York
      December 27, 2006

SO ORDERED: December 28, 2006

_____
WILLIAM H. PAULEY III U.S.D.J.

*Attorneys for Plaintiff Dharmvir Gehlaut*

By: _____
Kenneth Kimerling (KK-5762)
ASIAN AMERICAN LEGAL DEFENSE
 AND EDUCATION FUND
99 Hudson Street
New York, New York 10013
(212) 966-5932

*Attorneys for Defendants News India (U.S.A.), Inc., Gopal Raju and Veena Merchant*

By: _____
Judith A. Lockhart (JL-2687)
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
(212) 732-3200

*Attorneys for Defendants News India Media, Ltd. And Prakash Parekh*

By: _____
Paula G. A. Ryan (PR-3399)
Rosen Preminger & Bloom LLP
708 Third Avenue
New York, New York 10017
(212) 682-1900

*Attorneys for Defendants News India (U.S.A.), Inc., Gopal Raju and Veena Merchant*

By: _____
Judith A. Lockhart (JL-2687)
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
(212) 732-3200

*Attorneys for Defendants News India Media, Ltd. And Prakash Parekh*

By: _____
Paula G. A. Ryan (PR-3399)
Rosen Preminger & Bloom LLP
708 Third Avenue
New York, New York 10017
(212) 682-1900

SO ORDERED.

Dated: New York, New York
December __, 2006

_____
WILLIAM H. PAULEY
United States District Judge
Southern District of New York